| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Inversiones Alfa V, C.A. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | 25-11310 |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................................  $ 4,140,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................................  $ 3,890,012.08

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................................  $ 8,030,012.08

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ 156,033.10

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$ 8,747,432.24

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b                                                                                            $ 8,903,465.34

| Fill in this information to identify the case: | |
|---|---|
| Debtor name      Inversiones Alfa V, C.A. | |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known)  25-11310 | ☒ Check if this is an amended filing |

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No.   Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                                              Current value of debtor's interest

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.   Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.   Go to Part 4.
    ☒ Yes Fill in the information below.

    11.  **Accounts receivable**

        11b. Over 90 days old:         3,663,329.20      -          0.00   =....       $3,663,329.20
                                          face amount          doubtful or uncollectible accounts

    12.  **Total of Part 3.**                                                                                   $3,663,329.20
         Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

    ☒ No.   Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:        Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.   Go to Part 6.
    ☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                              page 1
Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Inversiones Alfa V, C.A. | Case number (If known) | 25-11310 |
|---|---|---|---|
| | Name | | |

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | Inversiones Alfa V, C.A. | | Case number (If known) | 25-11310 |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | 16047 Collins Avenue, Unit 2303 Sunny Isles, FL 33160<br><br>Condominium Unit, 2303, of TURNBERRY OCEAN COLONY SOUTH TOWER CONDOMINIUM, a Condominium, according to the Declaration of Condominium thereof, as recorded in the Official Records Book 26073, at Page 2353, of the Public Records of Miami-Dade County, Florida, as amended and/or supplemented from time to time; together with an undivided share in the common elements appurtenant thereto.<br><br>Parcel Identification Number: 31-2214-034-0860<br><br>Valuation based on purchase offer made to Debtor in February of 2024. | Fee Simple | $4,100,000.00 | Comparable sale | $4,100,000.00 |
| 55.2. | 4 parking spaces located at Turnberry Ocean Colony 16047 Collins Ave., Sunny Isles, FL 33160 | Fee Simple | Unknown | Liquidation | $40,000.00 |

56. **Total of Part 9.**   $4,140,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | Inversiones Alfa V, C.A. | Case number (If known) | 25-11310 |
|---|---|---|---|
| | Name | | |

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☒ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    Claim for false and libelous publications made by Plaintiff Cedros Management Investment, LLC in Florida Circuit Court Proceedings                                                                                                            Unknown
    | Nature of claim | Flase and Libelous Publications |
    |---|---|
    | Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    Personal property/household goods/art/collectibles in condominium located at 16047 Collins Ave., Apt. 2303, Sunny Isles, FL 33160 (see attached inventory list)                                                                                 $226,682.88

78. **Total of Part 11.**                                                                                                                                $226,682.88

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor    Inversiones Alfa V, C.A.                                      Case number *(If known)*  25-11310
          Name

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $0.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $3,663,329.20 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9..........> | | $4,140,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $226,682.88 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,890,012.08   + 91b. | $4,140,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $8,030,012.08 |

| | Inventory 16047 Collins Ave Apt 2303 | | |
|---|---|---|---|
| Qty | Kitchen | Brand/Artist | Approximate Valuation |
| 1 | Cuisinart mini oven | Cuisinart | $162.50 |
| 1 | set of Twin Cuisine knife holder with 13 knifes, 1 blue scissors and 1 knife sharpener | J.A. Henckels | $90.00 |
| 1 | paper-towel holder | - | $11.20 |
| 1 | kitchen cloth blue and white | - | $3.20 |
| 4 | metal oven trays | - | $10.50 |
| 1 | glass tray | - | $22.00 |
| 4 | plastic containers with white lids | Oxo | $27.50 |
| 1 | glass tea maker | Bodum Assam | $23.99 |
| 1 | gym plastic bottles (GNC Pro Performance (clear with black lid); Bang Fuel Your 28oz | GNC Pro Performance | $9.00 |
| 1 | gym plastic bottles (GNC Pro Performance (clear with black lid); Bang Fuel Your 28oz | Bang Energy | $11.70 |
| 1 | clear glass container | - | $3.00 |
| 1 | red glass container | - | $3.00 |
| 1 | silver pizza tray | OXO | $9.20 |
| 1 | black iron dish | Serafino Zani | $32.00 |
| 1 | black grill pan | STAUB | $56.40 |
| 1 | small glass container with lid | MAILE | $0.45 |
| 1 | measuring cup, Hand Blender, Chopper Grinder. | Cuisinart | $63.00 |
| 1 | deep pan, with lid | Anolon | $49.00 |
| 1 | small cooking drainer | OXO | $9.45 |
| 1 | silver jar | Bialentti | $10.00 |
| 1 | Ultra silver spatula | Ateco | $6.50 |
| 4 | black and silver cooking utensils | Anolon | $20.00 |
| 1 | black cooking utensil | - | $2.40 |
| 1 | small spatula | - | $1.20 |
| 7 | wood cooking utensils | Anolon | $12.00 |
| 1 | yellow lemon squeezer | chef'n | $10.48 |
| 1 | wine opener | - | $5.95 |
| 1 | peeler | Anolon | $5.20 |
| 1 | silver Anolon whisk | Anolon | $4.40 |
| 1 | silver spatula with red silicone | Sur la Table | $9.18 |
| 1 | kitchen tongs with red silicone tip | KitchenAid | $11.89 |
| 1 | can opener | Anolon | $24.59 |
| 1 | grater | Anolon | $7.20 |
| 1 | knife with a blue handle | Kyocera | $13.60 |
| 1 | manual garlic press | Anolon | $9.80 |
| 1 | kitchen utensil- 1 silver cooking spatula | Sur la Table | $11.60 |
| 1 | small wine opener | - | $7.69 |
| 1 | measuring spoon set | - | $7.60 |
| 1 | cooking utensil with a wood handle and white plastic tip | - | $3.20 |
| 1 | small cooking drainer | oxo | $3.98 |
| 8 | white teacups set | - | $16.00 |
| 1 | spiderman mug | Disney | $20.00 |
| 1 | silver thermic mug | - | $8.40 |
| 1 | colorful plastic cup | Royal Caribean | $9.09 |
| 1 | big black plastic bottle | - | $10.49 |
| 1 | small pink cup with lid | eeQui | $14.69 |
| 2 | glass jars | - | $67.13 |
| 1 | glass jar with a silver octopus | - | $27.99 |
| 1 | EFG water bottle | EFG | $1.00 |
| 16 | wine glasses in one model | - | $386.56 |
| 7 | wine glasses in another model | - | $71.92 |
| 8 | small green glass cups | | $184.00 |
| 10 | champagne glasses | | $98.33 |
| 6 | small glasses | - | $21.59 |
| 6 | medium glasses | - | $28.40 |
| 6 | tall glasses | - | $32.79 |
| 12 | tall round glasses | - | $64.76 |
| 1 | tall glass | - | $4.00 |
| 1 | white mickey mug | - | $7.19 |
| 3 | big silver bowl | All-Clad | $104.40 |
| 1 | black thermic cup with a green lid | eeQui | $14.69 |
| 1 | glass food container with a white lid | - | $7.00 |
| 12 | small silver spoons | - | $95.20 |
| 12 | silver knifes | - | $95.20 |
| 12 | silver forks | - | $95.20 |

| Qty | Item | Brand/Artist | Approximate Valuation |
|---|---|---|---|
| 12 | small silver forks | - | $85.92 |
| 3 | big silver spoons | - | $112.00 |
| 10 | silver spoons | - | $99.20 |
| 2 | kitchen cloths white, green and blue | - | $5.60 |
| 1 | kitchen cloth white and red | - | $3.12 |
| 1 | big silver cooking spoon | - | $36.80 |
| 7 | frying pans (6 silver and 1 black) with 4 silver lids | - | $80.00 |
| 2 | black small deep iron pans | - | $44.50 |
| 1 | A set of 8 silver pans with 7 lids | All-Clad | $220.00 |
| 2 | red cooking gloves | - | $9.00 |
| 1 | black and gray cooking glove | - | $14.00 |
| 1 | black box grater | Microplane | $26.50 |
| 1 | small cooking drainer- 3 small white pieces of a juice blender | - | $10.40 |
| 1 | juice blender | Black & Decker | $13.00 |
| 2 | wood cutting boards | - | $32.50 |
| 1 | yellow cutting board | | $12.50 |
| 1 | white and red cutting board | | $9.00 |
| 1 | measuring cup | OXO | $4.50 |
| 1 | cloth coffee filter | - | $1.00 |
| 1 | pizza cutter | - | $8.50 |
| 1 | wood rolling pin | - | $6.50 |
| 1 | big black cooking spoon with holes | Joseph Joseph | $9.00 |
| 3 | big wood cooking utensils | - | $42.00 |
| 1 | blender | - | $29.00 |
| 1 | small silver square cooking sheet | - | $9.00 |
| 1 | big silver bowl with a lid | - | $7.00 |
| 15 | big white plates | - | $229.00 |
| 15 | medium white plates | - | $175.00 |
| 5 | small white plates | - | $25.00 |
| 3 | square white plates (1 big, 1 medium, 1 small) | - | $43.00 |
| 6 | camel orange plates | Villeroy & Boch | $483.88 |
| 1 | big blue plate | - | $44.80 |
| 1 | big black with white plate | - | $26.95 |
| 3 | brown serving bowls with organic shapes | - | $228.00 |
| 2 | brown triangle serving bowls | - | $96.00 |
| 1 | white rectangle serving dish | - | $72.00 |
| 2 | silver textured serving bowls with 2 spoons (1 big, 1 medium) | - | $198.40 |
| 1 | white round table with 6 white and red chairs | Knoll | $7,500.00 |
| 1 | Puffed Food | Liu Bolin | $12,000.00 |
| 1 | tv + remotes | - | $200.00 |
| 1 | small glass table | - | $3,000.00 |
| 1 | home telephone | - | $40.00 |
| 4 | white, red and gold teacup sets | Teavana | $224.00 |
| 5 | placemat | Chilewich | $68.00 |
| 1 | plastic container with a white lid | OXO | $14.40 |
| 1 | plastic container with a white lid | OXO | $9.60 |
| 3 | small bowls with lids (1 orange, 1 yellow and 1 green) | Martha Stewart | $39.19 |
| 8 | glass food containers with 6 lids | - | $38.40 |
| 2 | plastic food containers with 2 lids | - | $17.60 |
| 8 | flower serving dishes (orange, yellow and pink) | julia knight | $198.40 |
| 1 | pink shell heart shaped serving dish | julia knight | $78.40 |
| 3 | small square plastic container | - | $22.40 |
| 1 | white funnel | - | $4.00 |
| 2 | rectangle Christmas dishes | Villeroy & Boch | $192.00 |
| 3 | big Christmas dishes | Villeroy & Boch | $304.00 |
| 1 | small gold serving bowl | - | $16.00 |
| 1 | set with 3 silver utensils | Crate&Barrel | $12.80 |
| 4 | small Christmas serving bowls (3 green and 1 red) | Villeroy & Boch | $224.00 |
| 4 | red medium Christmas serving bowls | Villeroy & Boch | $288.00 |
| 1 | sub zero fridge | sub zero | $750.00 |
|  | sub zero freezer | sub zero | $750.00 |
| 2 | big red Christmas serving bowls | Villeroy & Boch | $320.00 |
|  |  | **TOTAL Kitchen** | **$31,135.28** |
| **Qty** | **Dining Room** | **Brand/Artist** | **Approximate Valuation** |
| 1 | Brown dining table with 8 chairs | - | $12,000.00 |
| 1 | silver center piece on the dining table | - | $1,472.00 |
| 1 | painting on the wall with colorful words | - | $2,800.00 |
| 1 | brown sideboard buffet cabinet with 2 white vases on top along with 2 silver lamps, 1 | Mathew Bolton | $4,800.00 |
| 1 | big colorful art Don Gato | | $4,800.00 |

| Qty | | Brand/Artist | Approximate Valuation |
|---|---|---|---|
| 1 | small silver art piece | | $200.00 |
| | | TOTAL Dining Room | $26,072.00 |
| **Qty** | **Laundry Room** | **Brand/Artist** | **Approximate Valuation** |
| | Inside the closet: 1 blue Swiffer, 1 purple ironing table, 1 broom with 1 dustpan | - | $32.00 |
| 2 | plungers | - | $3.20 |
| 1 | white transparent bucket | - | $6.00 |
| 1 | washing machine | | $120.00 |
| 1 | drying machine | | $120.00 |
| 1 | clothing iron | - | $31.20 |
| 1 | Three step ladder | - | $19.60 |
| | | TOTAL Laundry Room | $332.00 |
| **Qty** | **Hallway Bathroom** | **Brand/Artist** | **Approximate Valuation** |
| 1 | soap dispenser | - | $40.80 |
| 1 | square mirror | - | $2,660.00 |
| 1 | toilet paper holder | - | $36.00 |
| 1 | silver trash can | Simple Human | $20.00 |
| | | TOTAL Hallway Bathroom | $2,756.80 |
| **Qty** | **Hallway** | **Brand/Artist** | **Approximate Valuation** |
| 1 | character painting on the wall | Takashi Murakami | $6,800.00 |
| 1 | brown sculpture | | $3,680.00 |
| | | TOTAL Hallway | $10,480.00 |
| **Qty** | **First Guest Bedroom** | **Brand/Artist** | **Approximate Valuation** |
| | Inside the bedroom closet: 2 white pillows, white bedsheets, colorful and white towels | | $92.00 |
| 1 | painting on the wall | | $4,300.00 |
| 1 | bed with a white bedframe | - | $2,400.00 |
| 1 | full body mirror inside the closet | | $72.00 |
| 2 | brown side tables | Porada | $2,895.00 |
| 1 | TV | - | $210.00 |
| 1 | white tv stand with drawers | - | $8,400.00 |
| | | TOTAL First Guest Bedroom | $18,369.00 |
| **Qty** | **Guest Bathroom** | **Brand/Artist** | **Approximate Valuation** |
| 1 | bar soap holder | | $24.00 |
| 1 | white trash can | | $4.00 |
| 1 | white toilet brush | | $1.50 |
| 1 | white bathroom rug | | $15.20 |
| 1 | Inside the guest closet by the bathroom: 4 white pillows, 2 white comforter and 1 white | | $36.00 |
| | | TOTAL Guest Bathroom | $80.70 |
| **Qty** | **Movie Room** | **Brand/Artist** | **Approximate Valuation** |
| 5 | red sofa chairs | | $35,000.00 |
| 1 | white and red rug | | $280.00 |
| 1 | Balloons Wall Art | Liu Bolin | $12,500.00 |
| 1 | Beijing Graffiti | Liu Bolin | $6,600.00 |
| 1 | TV + remote control | | $210.00 |
| 1 | surround sound system | | $3,900.00 |
| | | TOTAL Movie Room | $58,490.00 |
| **Qty** | **DEN** | **Brand/Artist** | **Approximate Valuation** |
| 1 | full body mirror | | $400.00 |
| | | TOTAL Den | $400.00 |
| **Qty** | **2nd Guest Bathroom** | **Brand/Artist** | **Approximate Valuation** |
| 1 | bar of soap holder | | $24.00 |
| 1 | blue hair dryer | | $19.00 |
| 1 | white and silver trash can | Simple Human | $20.00 |
| 1 | red bathroom rug | - | $65.80 |
| 2 | full size beds with red bed frames and gray comforters | | $1,680.00 |
| 1 | white and red rug in between the beds | | $238.00 |
| 1 | white side table | | $301.00 |
| 2 | lamps on the wall on top of the beds | | $72.00 |
| 2 | white shelves | | $80.00 |
| 1 | white dresser | | $250.00 |
| 1 | TV | | $210.00 |
| | | TOTAL 2nd Guest Bathroom | $2,959.80 |
| **Qty** | **Living Room** | **Brand/Artist** | **Approximate Valuation** |
| 1 | white sculpture on top of a white base | Manolo Valdes | $48,000.00 |
| 1 | white couch with 3 white and red cushions and 1 red blanket | | $5,370.00 |
| 1 | colorful rug | | $1,200.00 |
| 1 | glass round center table | Porada | $2,280.00 |
| 1 | TV | | $500.00 |
| 3 | Silver birds decoration pieces | | $120.00 |

| Qty | Item | Brand/Artist | Approximate Valuation |
|---|---|---|---|
| 1 | surround sound system | | $2,400.00 |
| | **TOTAL Living Room** | | **$59,870.00** |
| **Qty** | **Main Bed & Bathroom** | **Brand/Artist** | **Approximate Valuation** |
| 1 | painting on the wall | Romero Britto | $1,350.00 |
| 4 | white rugs | | $32.00 |
| 1 | hair machine with 5 hairbrushes | ConAir | $24.70 |
| 1 | TV remote inside the cabinet | - | $84.00 |
| 1 | clear chair | | $156.60 |
| 1 | TV + remote | | $84.00 |
| 1 | 1 white and silver trash can | Simple Human | $16.00 |
| 1 | TV + remote | | $500.00 |
| 1 | brown sofa chair with 1 brown feet rest and 1 white pillow | | $1,600.00 |
| 2 | brown side tables with 2 lamps on top | | $1,400.00 |
| 1 | king bed with a white bedframe and 4 white pillows and a white comforter | | $2,400.00 |
| | **TOTAL Main Bed & Bathroom** | | **$7,647.30** |
| **Qty** | **Balcony** | **Brand/Artist** | **Approximate Valuation** |
| 4 | chairs | | $1,290.00 |
| | **TOTAL BALCONY** | | **$1,290.00** |
| **Qty** | **Main Entrance Hall** | **Brand/Artist** | **Approximate Valuation** |
| 1 | Big Entrance Mirror | Phillipe Starck | $4,000.00 |
| 1 | Ceiling Lamp | Schuller Minerva | $2,800.00 |
| | **TOTAL BALCONY** | | **$6,800.00** |
| | **TOTAL PROPERTY** | | **$226,682.88** |

| Fill in this information to identify the case: |
|---|
| Debtor name   Inversiones Alfa V, C.A. |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known)   25-11310 |

☒ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other | $57,000.00 |
   | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $196,000.00 |
   | For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $120,000.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor   Inversiones Alfa V, C.A.                                    Case number (if known) 25-11310

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cedros Management LLC v Inversiones Alfa V, C.A.<br>2021-026751-CA-01 | Breach of Contract | Miami-Dade County Circuit Court<br>73 W Flagler St<br>Miami, FL 33130 | ☐ Pending<br>☒ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:  Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☒ None

Debtor   Inversiones Alfa V, C.A.                              Case number (if known)  25-11310

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | LSS Law<br>2699 Stirling Road, #C401<br>Fort Lauderdale, FL 33312 | Attorney's fees and filing fee | January 17, 2025 | $26,738.00 |
    | | Email or website address<br>www.lss.law | | | |
    | | Who made the payment, if not debtor?<br>Jose Gaspard Morell | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

    | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☒ Does not apply

    | Address | Dates of occupancy<br>From-To |
    |---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Inversiones Alfa V, C.A. | Case number (if known) | 25-11310 |
|---|---|---|---|

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☒ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☒ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

Debtor  Inversiones Alfa V, C.A.                                   Case number *(if known)* 25-11310

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Vladimir Spector and Elizabeth Dascal<br>16047 Collins Ave., Unit 2303<br>Sunny Isles Beach, FL 33160 | Chase Bank checking account | Lease security deposit | $20,000.00 |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☒ None

| Name and address | Date of service<br>From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☒ None

| Debtor | Inversiones Alfa V, C.A. | Case number *(if known)* | 25-11310 |
|---|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vanuatu S.A. | Centro Comercial Balharbour 1er Piso, Oficina 43M, Via Italia San Fransisco, Panama City, Panama | Shareholder | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

    ☒ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☒ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

    ☒ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

    ☒ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    Inversiones Alfa V, C.A.                                         Case number *(if known)*  25-11310

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 18, 2025

/s/ Jose Gaspard Morell                                  Jose Gaspard Morell
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Authorized Director

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   Inversiones Alfa V, C.A.                                       Case No.   25-11310
                                                                   Debtor(s)         Chapter    11

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule A/B, consisting of __6__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   August 18, 2025                               Signature  /s/ Jose Gaspard Morell
                                                                                                          Jose Gaspard Morell
                                                                                                          Authorized Director

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.